UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kevin John Palomo**                                    **Docket No. 7:23-CR-68-2FL**

**Petition for Action on Probation**

COMES NOW Kristyn Super, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kevin John Palomo, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute a Quantity of Methamphetamine, in violation of 21 U.S.C. § 846 and 18 U.S.C. § 841(a)(1), and Distribution of a Quantity of Methamphetamine and Aiding & Abetting, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on June 10, 2024, to the custody of the Bureau of Prisons for a period of 54 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Kevin John Palomo's projected release date from the Bureau of Prisons is September 23, 2026.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

In September 2012, the U.S. Probation Office received a release plan for the defendant to reside with his mother in Jacksonville, North Carolina. This officer met with Ms. Palomo at her home, at which time she advised that she was attempting to move out of Jacksonville and as such, did not think that her residence would be an appropriate release plan for her son. She was encouraged to stay in contact regarding her residency situation, and the defendant was encouraged to submit an alternate release plan. To date, he has not been able to secure an alternative residence and through his case manager at the Bureau of Prisons, has agreed to temporary placement at the residential reentry center until a suitable release plan can be secured. It is recommended that the probation office be allowed to authorize his release from the residential reentry center should he obtain an approved release plan prior to the expiration of the 180-day placement.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of 180 days as arranged by the probation office and shall abide by the conditions of that program during said placement. The probation officer is authorized to approve Palomo's release from the residential reentry center prior to 180 days should the defendant secure a residence approved for release.

Except as herein modified, the judgment shall remain in full force and effect.

**Kevin John Palomo**
**Docket No. 7:23-CR-68-2FL**
**Petition For Action**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kristyn Super
Kristyn Super
Senior U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: March 24, 2026

## ORDER OF THE COURT

Considered and ordered this ____27th____ day of ____March_____, 2026, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge